# The Westin Fort Lauderdale Beach Resort ★★★★
8 Nights, 1 Room

Check-in:
Check-in:
**Friday, May 24, 2019** (04:00 PM)

Check-out:
Check-out:
**Saturday, June 01, 2019** (11:00 AM)

Hotel Address:
321 North Fort Lauderdale Beach Boulevard
Fort Lauderdale FL, 33304, United States

📍 321 North Fort Lauderdale Beach Boulevard
Fort Lauderdale FL, 33304, United States

Hotel Phone Number:
954-467-1111
954-467-1111

Number of Rooms:
Number of Rooms:
1 Room

Reservation Name:
Reservation Name:
Room 1: Rami Ziyadat
For 2 Adults

Hotel Confirmation Number:
Hotel Confirmation Number:
251078370



See Hotel Details



Map/Directions

Room Type:
Room Type:
Guest room, 1 King, Oceanfront

Max 2 guests. Hotels may charge for additional guests.

See all Policies

## Summary of Charges / Reciept
**Total: 2,606.84**

| | |
|---|---|
| Purchase Date: | March 19, 2019 |
| Payment Method: | Mastercard (8400) |
| Billing Name: | Rami Ziyadat |
| **Flight Hotel :** | **$2,334.92** |
| Number of nights: | 8 |
| Passengers: | 2 |
| Rooms: | 1 |
| Hotel Confirmation Number: | |
| Room 1: | 251078370 |
| **Flight Hotel :** | $2,334.92 |
| **Taxes and Fees:** | $271.92 |
| **Due at Hotel:** | $0 |
| **Amount charged to card:** | **$2606.84** |